AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Elvia Curiel-Ruth, on behalf of herself and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, INC.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; TD Ameritrade, Inc.; Webull Financial LLC; E*Trade Financial Corporation; Interactive Brokers, LLC; Citadel Enterprise Americas, LLC; and Melvin Capital Management LP <br><br> *Defendant(s)* | Civil Action No. 3:21-cv-00829 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ROBINHOOD FINANCIAL LLC
ROBINHOOD SECURITIES, LLC
ROBINHOOD MARKETS, INC.
Incorporation Services, Ltd
Agent for Service of Process
3500 South Dupont
Dover, DE 19901              SEE Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William M. Audet
711 Van Ness Ave., Suite 500
San Francisco, CA 94102
waudet@audetlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-00829

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Attachment A**

Charles Schwab & Co. Inc.
c/o CT Corporation System
818 West Seventh Street, Suite 930|
Los Angeles, California 90017

Citadel Enterprise Americas, LLC
c/o Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

E*Trade Financial Corporation
c/o Corporation Service Company
100 Shockoe Slip Fl 2
Richmond, Virginia 23219

Interactive Brokers LLC
One Pickwick Plaza
Greenwich, Connecticut 06830

Melvin Capital Management LP
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

TD Ameritrade, Inc.
c/o Incorporating Services Ltd.
5601 S. 59th St., Suite C,
Lincoln, Nebraska 68516

The Charles Schwab Corporation
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, California 90017

Webull Financial LLC
c/o Business Filings Inc.
108 West 13th Street
Willimington, Delaware 19801