UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

# CIVIL STANDING ORDER FOR
# MAGISTRATE JUDGE THOMAS S. HIXSON

Parties shall comply with the procedures in the Federal Rules of Civil or Criminal Procedure, the Northern District of California's Local Rules and General Orders, and this Standing Order, all of which are available at http://www.cand.uscourts.gov.  Failure to comply with any of the rules or orders may be grounds for monetary sanctions, dismissal, entry of judgment, or other appropriate sanctions.

**UNREPRESENTED (PRO SE) PARTIES**

Parties representing themselves should visit the link titled "Representing Yourself" on the Court's homepage, www.cand.uscourts.gov. The link discusses the Court's "Legal Help Center" which provides free assistance at the San Francisco, Oakland, and San Jose courthouses for unrepresented parties.  Parties may visit the Legal Help Centers at the San Francisco and Oakland courthouses or call (415)-782-8982 to make an appointment. Parties can make an appointment to visit the San Jose Legal Help Center by calling 408-297-1480.

**SCHEDULING**

Civil law and motion is heard on Thursdays at 10:00 a.m.  All motions (except criminal duty matters) shall be noticed for any available Thursday.  The parties may confirm availability at http://www.cand.uscourts.gov/tsh.  Any scheduling questions should be directed to Judge Hixson's Courtroom Deputy, Rose Maher, at tshcrd@cand.uscourts.gov or (415) 522-4708.

**DISCOVERY**

Discovery disputes are governed by Judge Hixson's Discovery Standing Order, available at http://www.cand.uscourts.gov/tshorders.

**CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

In civil cases that are randomly assigned to Judge Hixson for all purposes, the parties should file their written consent to the assignment of a United States Magistrate Judge for all purposes, or their request for reassignment to a district judge, as soon as possible, but no later than the deadlines specified in Civil Local Rule 73-1.  If a party files a dispositive motion (such as a motion to dismiss or a motion for remand), the moving party must file the consent/declination simultaneously with the motion.  The consent/declination form is available at http://www.cand.uscourts.gov/civilforms.

**CIVIL CASE MANAGEMENT**

Counsel shall meet and confer prior to the Case Management Conference and file a joint statement no later than seven days prior to the conference.  The statement shall address the

*Revised September 5, 2018*

information contained in the Standing Order for All Judges of the Northern District of California, which is available http://www.cand.uscourts.gov/tshorders.

The Court strongly encourages parties to permit less experienced attorneys to actively participate in the proceedings by presenting argument at motion hearings or examining witnesses at trial.

**Amended Pleadings**

If a party files a motion to amend pleading(s), or if the Court orders a party to file an amended pleading, that party shall concurrently file a redlined or highlighted version comparing the amended pleading to the prior operative pleading.

**Documents filed on ECF**

All exhibits to motions and/or discovery disputes should be separately filed on ECF (For example, if the motion is Docket No. 30, and the declaration with 10 exhibits is Docket No. 31, Exhibit A would be filed as Docket No. 31-1, Exhibit B would be Docket No. 31-2, and so on).  All exhibits shall also be filed in a searchable OCR format where possible.

**Motions to File Under Seal**

The parties are reminded that court proceedings are presumptively public.  Any request to file a document under seal must comply with Civil Local Rule 79-5.

## CHAMBERS COPIES AND PROPOSED ORDERS

The parties do not need to submit chambers copies for cases subject to electronic filing, except for documents that (1) are related to a pending motion and/or discovery dispute and (2) exceed 10 pages when combined.  (For example, if a motion is 8 pages and a supportive declaration is 5 pages, chambers copies are required.  However, if there is a 20-page stipulation and proposed order, no chambers copy is required.)

For these documents only, the submitting party shall comply with Civil Local Rule 5-1(e)(7).  All chambers copies should be double-sided (when possible) and include: (1) the ECF running header (case number, docket number, date, and ECF page number) at the top of each page; and (2) if the filing includes exhibits, they must be clearly delineated with tabbed dividers.  These printed copies shall be marked "Chambers Copy" and submitted to the Clerk's Office (not chambers), in an envelope marked with "Magistrate Judge Hixson," the case number, and "Chambers Copy."

Any proposed order in a case subject to electronic filing shall be emailed in Word format to tshpo@cand.uscourts.gov.  This address is to be used only for proposed orders unless otherwise directed by the Court.  No chambers copy of a proposed order is required.

**IT IS SO ORDERED.**

_____
THOMAS S. HIXSON
United States Magistrate Judge

*Revised September 5, 2018*