1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    ELVIA CURIEL-RUTH,                    Case No.  21-cv-00829-TSH   (INT)

             Plaintiff,
8
                                           **ORDER REASSIGNING CASE**
         v.
9

10   ROBINHOOD SECURITIES LLC, et al.,

             Defendants.
11

12

13        IT IS ORDERED that this case has been reassigned using a proportionate, random and

14   blind system pursuant to General Order No. 44 to the Honorable William H. Orrick in the San

15   Francisco division for all further proceedings.  Counsel are instructed that all future filings shall

16   bear the initials WHO immediately after the case number.

17        All hearing and trial dates presently scheduled are vacated.  However, existing briefing

18   schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge

19   to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior

20   briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also

21   remain unchanged.

22   Dated:  February 18, 2021

23

24                                         _____
                                           Susan Y. Soong
25                                         Clerk, United States District Court

26

27

28   A true and correct copy of this order has been served by mail upon any pro se parties.