UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIA CURIEL-RUTH,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBINHOOD SECURITIES LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-00829-WHO   (WHO)<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph D.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: February 25, 2021

_____
WILLIAM H. ORRICK
United States District Judge