Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2021
Facsimile: (650) 752-2111
Email:   neal.potischman@davispolk.com

Brian Weinstein
Gina Cora
Janet Jones-Duffey
(*pro hac vice* applications to be filed)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: brian.weinstein@davispolk.com
gina.cora@davispolk.com
janet.jones-duffey@davispolk.com

*Attorneys for E*TRADE Financial Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELVIA CURIEL-RUTH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES LLC; ROBINHOOD MARKETS, INC; THE CHARLES SCHWAB & CO. INC.; CHARLES SCHWAB CORPORATION; TD AMERITRADE, INC.; WEBULL FINANCIAL LLC; E*TRADE FINANCIAL CORPORATION; INTERACTIVE BROKERS, LLC; CITADEL ENTERPRISE AMERICAS, LLC; MELVIN CAPITAL MANAGEMENT LP,<br><br>Defendants. | Case No. 4:21-cv-00829-HSG<br><br>**NOTICE OF APPEARANCE OF NEAL A. POTISCHMAN** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Neal A. Potischman of the law firm of Davis Polk & Wardwell LLP hereby appears in this action as counsel on behalf of Defendant E*TRADE Financial Corporation.  E*TRADE Financial Corporation does not waive, and expressly reserves, all available defenses, including those relating to personal jurisdiction and venue.  E*TRADE Financial Corporation respectfully requests that all pleadings and other documents not filed through the Court's electronic filing system be addressed to and served upon Neal A. Potischman using the contact information set forth below.

>  Neal A. Potischman
>  DAVIS POLK & WARDWELL LLP
>  1600 El Camino Real
>  Menlo Park, California 94025
>  Telephone: (650) 752-2021
>  Facsimile: (650) 752-2111
>  Email: neal.potischman@davispolk.com

| | | |
|---|---|---|
| Dated: March 1, 2021 | | DAVIS POLK & WARDWELL LLP |
| | By: | */s/ Neal A. Potischman* |
| | | Neal A. Potischman (SBN 254862) |
| | | 1600 El Camino Real |
| | | Menlo Park, California 94025 |
| | | Telephone: (650) 752-2021 |
| | | Facsimile: (650) 752-2111 |
| | | Email: neal.potischman@davispolk.com |
| | | |
| | | Brian Weinstein |
| | | Gina Cora |
| | | Janet Jones-Duffey |
| | | (*pro hac vice* applications to be filed) |
| | | 450 Lexington Avenue |
| | | New York, New York 10017 |
| | | (212) 450-4000 |
| | | brian.weinstein@davispolk.com |
| | | gina.cora@davispolk.com |
| | | janet.jones-duffey@davispolk.com |
| | | |
| | | *Attorneys for Defendant E*TRADE Financial Corporation* |