1  Neal A. Potischman (SBN 254862)
   DAVIS POLK & WARDWELL LLP
2  1600 El Camino Real
   Menlo Park, California 94025
3  Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
4  Email:   neal.potischman@davispolk.com

5  Brian Weinstein
   Gina Cora
6  Janet Jones-Duffey
   (*pro hac vice* applications to be filed)
7  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
8  New York, New York 10017
   Telephone: (212) 450-4000
9  Facsimile: (212) 701-5800
   Email: brian.weinstein@davispolk.com
10 gina.cora@davispolk.com
   janet.jones-duffey@davispolk.com

*Attorneys for E*TRADE Financial Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELVIA CURIEL-RUTH, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES LLC; ROBINHOOD MARKETS, INC; THE CHARLES SCHWAB & CO. INC.; CHARLES SCHWAB CORPORATION; TD AMERITRADE, INC.; WEBULL FINANCIAL LLC; E*TRADE FINANCIAL CORPORATION; INTERACTIVE BROKERS, LLC; CITADEL ENTERPRISE AMERICAS, LLC; MELVIN CAPITAL MANAGEMENT LP,<br><br>Defendants. | Case No. 4:21-cv-00829-HSG<br><br>**DEFENDANT E*TRADE FINANCIAL CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant E*TRADE
2  Financial Corporation makes the following disclosures through its undersigned counsel:
3  Defendant E*TRADE Financial Corporation merged into E*TRADE Financial, LLC
4  effective October 2, 2020. E*TRADE Financial, LLC merged into E*TRADE Financial Holdings,
5  LLC effective December 31, 2020. E*TRADE Financial Holdings, LLC is a direct, wholly owned
6  subsidiary of Morgan Stanley Domestic Holdings, Inc. Morgan Stanley Domestic Holdings, Inc. is
7  a direct, wholly owned subsidiary of Morgan Stanley Capital Management, LLC. Morgan Stanley
8  Capital Management, LLC is a direct, wholly owned subsidiary of Morgan Stanley. Morgan
9  Stanley is a publicly held company whose shares are traded on the New York Stock Exchange and
10 has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding
11 beneficial ownership, Mitsubishi UFJ Financial Group, Inc. 7-1 Marunouchi 2-chome, Chiyoda-ku,
12 Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common
13 stock.

Dated:  March 1, 2021                    DAVIS POLK & WARDWELL LLP

By:  */s/ Neal A. Potischman*
Neal A. Potischman (SBN 254862)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2021
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

Brian Weinstein
Gina Cora
Janet Jones-Duffey
(*pro hac vice* applications to be filed)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
brian.weinstein@davispolk.com
gina.cora@davispolk.com
janet.jones-duffey@davispolk.com

*Attorneys for Defendant E*TRADE Financial Corporation*

2

E*TRADE FINANCIAL CORPORATION'S CORPORATE DISCLOSURE STATEMENT
CASE NO. 4:21-cv-00829-HSG