Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2021
Facsimile:  (650) 752-2111
Email:   neal.potischman@davispolk.com

Brian Weinstein
Gina Cora
Janet Jones-Duffey
(*pro hac vice* applications to be filed)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: brian.weinstein@davispolk.com
gina.cora@davispolk.com
janet.jones-duffey@davispolk.com

*Attorneys for E\*TRADE Financial Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELVIA CURIEL-RUTH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES LLC; ROBINHOOD MARKETS, INC; THE CHARLES SCHWAB & CO. INC.; CHARLES SCHWAB CORPORATION; TD AMERITRADE, INC.; WEBULL FINANCIAL LLC; E\*TRADE FINANCIAL CORPORATION; INTERACTIVE BROKERS, LLC; CITADEL ENTERPRISE AMERICAS, LLC; MELVIN CAPITAL MANAGEMENT LP,<br><br>Defendants. | Case No. 4:21-cv-00829-HSG<br><br>**DEFENDANT E\*TRADE FINANCIAL CORPORATION'S L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. E*TRADE Financial Corporation
2. E*TRADE Financial, LLC
3. E*TRADE Financial Holdings, LLC
4. Morgan Stanley Domestic Holdings, Inc.
5. Morgan Stanley Capital Management, LLC
6. Morgan Stanley
7. Mitsubishi UFJ Financial Group, Inc.

1 | Dated: March 1, 2021 | DAVIS POLK & WARDWELL LLP

By: */s/ Neal A. Potischman*
Neal A. Potischman (SBN 254862)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2021
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

Brian Weinstein
Gina Cora
Janet Jones-Duffey
(*pro hac vice* applications to be filed)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
brian.weinstein@davispolk.com
gina.cora@davispolk.com
janet.jones-duffey@davispolk.com

*Attorneys for Defendant E*TRADE Financial Corporation*