UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIA CURIEL-RUTH, on behalf of herself and all others similarly situated, | Case No. 4:21-cv-00829-HSG |
| Plaintiffs, | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER (CIVIL LOCAL RULE 11-3)** |
| ROBINHOOD SECURITIES, LLC, et al., | |
| Defendants. | |

I, Janet Jones-Duffey, an active member in good standing of the bar of the Southern District of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Defendant E*TRADE Financial Corporation in the above-captioned action. My local co-counsel in this case is Neal A. Potischman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Davis Polk & Wardwell LLP 450 Lexington Avenue New York, New York 10017 | Davis Polk & Wardwell LLP 1600 El Camino Real Menlo Park, California 94025 |
| MY TELEPHONE # OF RECORD: (212) 450-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 752-2021 |
| MY EMAIL ADDRESS OF RECORD: janet.jones-duffey@davispolk.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: neal.potischman@davispolk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5334032.

1   A true and correct copy of a certificate of good standing or equivalent official document

2   from said bar is attached to this application.

3   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the

4   Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

5   Rules.

6

7

8   *I declare under penalty of perjury that the foregoing is true and correct.*

9

10  Dated:   March 1, 2021                    */s/ Janet Jones-Duffey*
                                             Janet Jones-Duffey

11

12                         ORDER GRANTING APPLICATION
13                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

14  IT IS HEREBY ORDERED THAT the application of Janet Jones-Duffey is granted,

15  subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must

16  indicate appearance *pro hac vice*.  Service of papers upon, and communications with, local co-

17  counsel designated in the application will constitute notice to the party.

18

19  Dated:        3/5/2021

20                                          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

*PRO HAC VICE* APPLICATION & ORDER
CASE NO. 4:21-cv-00829-HSG

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ JANET   JONES-DUFFEY _____ , Bar # _____ JJ0726 _____

was duly admitted to practice in the Court on

_____ June 15, 2015 _____

and is in good standing as a member of the Bar of this Court

Dated at        500 Pearl St.          On        _____ February 25, 2021 _____
                New York, New York

_____ Ruby J. Krajick _____              By        s/ V. Bart
        Clerk of Court                                        Deputy Clerk