C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  emonekanderson@fbm.com
Email:  bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:  aryan@cravath.com
Email:  korsini@cravath.com
Email:  bsukiennik@cravath.com

Attorneys for Defendants Robinhood
Financial LLC, Robinhood Securities,
LLC, and Robinhood Markets, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELVIA CURIEL-RUTH, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD SECURITIES, LLC;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>CHARLES SCHWAB & CO. INC.;<br>CHARLES SCHWAB CORPORATION;<br>TD AMERITRADE, INC.;<br>WEBULL FINANCIAL LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>INTERACTIVE BROKERS LLC;<br>CITADEL ENTERPRISE AMERICAS, LLC;<br>MELVIN CAPITAL MANAGEMENT LP,<br><br>Defendants. | Case No.: 4:21-cv-00829-HSG<br><br><br>**NOTICE OF APPEARANCE** |

1    TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that Eric D. Monek Anderson, of Farella Braun + Martel LLP, a

3    limited liability partnership, hereby appears as counsel for Defendants Robinhood Markets, Inc.,

4    Robinhood Financial LLC and Robinhood Securities, LLC.  I am a member of the State Bar of

5    California and am admitted to practice in the Northern District of California.  My address, telephone

6    number and email are as follows:

7        Eric D. Monek Anderson (State Bar No. 320934)
         Farella Braun + Martel LLP
8        235 Montgomery Street, 17th Floor
         San Francisco, California 94104
9        Telephone: (415) 954-4400
         Facsimile: (415) 954-4480
10       emonekanderson@fbm.com

11   I hereby request that copies of all pleadings and papers filed in connection with the above-

12   captioned action be served upon me.

13

14   Dated:  March 10, 2021              FARELLA BRAUN + MARTEL LLP

15

16                                  By:  _____
                                         Eric D. Monek Anderson
17
                                    Attorneys for Defendants
18                                  ROBINHOOD FINANCIAL LLC, et al.

19   39900\13984991.1

20

21

22

23

24

25

26

27

28