C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  emonekanderson@fbm.com
Email:  bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:  aryan@cravath.com
Email:  korsini@cravath.com
Email:  bsukiennik@cravath.com

Attorneys for Defendants Robinhood
Financial LLC, Robinhood Securities,
LLC, and Robinhood Markets, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELVIA CURIEL-RUTH, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD SECURITIES, LLC;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>CHARLES SCHWAB & CO. INC.;<br>CHARLES SCHWAB CORPORATION;<br>TD AMERITRADE, INC.;<br>WEBULL FINANCIAL LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>INTERACTIVE BROKERS LLC;<br>CITADEL ENTERPRISE AMERICAS, LLC;<br>MELVIN CAPITAL MANAGEMENT LP,<br><br>Defendants. | Case No.: 4:21-cv-00829-HSG<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Elvia Curiel-Ruth ("Plaintiff") and undersigned Defendants (collectively, "Defendants", and together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint on February 2, 2021 (Dkt. No. 1);

WHEREAS, Defendants' deadline to move or otherwise respond to the Complaint is currently April 5, 2021;

WHEREAS, on February 5, 2021, the plaintiffs in *Cheng et al v. Ally Financial Inc. et al*, 21-cv-00781 (N.D. Cal.), filed a Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion") with the Judicial Panel on Multidistrict Litigation ("Panel"), and included this action on the schedule of actions requested to be centralized;

WHEREAS, on February 9, 2021, the Panel accepted the Motion for filing as *In re January 2021 Short Squeeze Trading Litigation* (MDL No. 2989) and ordered an accelerated briefing schedule;

WHEREAS, a hearing on the Motion is scheduled for March 25, 2021;

WHEREAS, the Parties want the action to proceed in an orderly and efficient manner;

WHEREAS, this is the first extension that has been requested and the Parties have not obtained any previous extensions;

WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the Parties have met and conferred and agreed to extend the deadline to move or otherwise respond to the operative Complaint to April 30, 2021, or, if the transfer motion is granted, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses and challenges to jurisdiction; and

WHEREAS, such a stipulated extension would be without prejudice to Plaintiff.

NOW THEREFORE, the Parties stipulate that:

1. Defendants' deadline to move or otherwise respond to the operative Complaint shall be extended to April 30, 2021, or, if the transfer motion is granted, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later.
2. The Parties may stipulate to a further extension of time to move or otherwise respond to the operative Complaint in this action.
3. Nothing herein shall prevent Defendants from moving for additional time to move or otherwise respond to the operative Complaint.

| | | |
|---|---|---|
| 1 | Dated: March 10, 2021 | By: /s/ C. Brandon Wisoff |
| 2 | | |
| | | C. Brandon Wisoff (State Bar No. 121930) |
| 3 | | Eric D. Monek Anderson (State Bar No. 320934) |
| | | **Farella Braun + Martel LLP** |
| 4 | | 235 Montgomery Street, 17th Floor |
| | | San Francisco, California 94104 |
| 5 | | Telephone:  (415) 954-4400 |
| | | Facsimile:  (415) 954-4480 |
| 6 | | Email:  bwisoff@fbm.com |
| 7 | | Email:  emonekanderson@fbm.com |
| 8 | | Antony L. Ryan (*pro hac vice* application forthcoming) |
| | | Kevin J. Orsini (*pro hac vice* application forthcoming) |
| 9 | | Brittany L. Sukiennik (*pro hac vice* application forthcoming) |
| 10 | | **Cravath, Swaine & Moore LLP** |
| 11 | | New York, NY 10019 |
| | | Telephone:  (212) 474-1000 |
| 12 | | Facsimile:  (212) 474-3700 |
| | | Email:  aryan@cravath.com |
| 13 | | Email:  korsini@cravath.com |
| | | Email:  bsukiennik@cravath.com |
| 14 | | |
| 15 | | *Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.* |
| 16 | | |
| 17 | Dated: March 10, 2021 | By: /s/ David Kuang |
| 18 | | |
| | | "David" Ling Y. Kuang (SBN 296873) |
| 19 | | lkuang@audetlaw.com |
| | | William M. Audet (SBN 117456) |
| 20 | | waudet@audetlaw.com |
| 21 | | Kurt D. Kessler (SBN 327334) |
| | | kkessler@audetlaw.com |
| 22 | | **Audet & Partners, LLP** |
| | | 711 Van Ness Avenue, Suite 500 |
| 23 | | San Francisco, CA 94102-3275 |
| | | Telephone:     (415) 568-2555 |
| 24 | | Facsimile:     (415) 568-2556 |
| 25 | | |
| | | *Counsel for Plaintiff Elvia Curiel-Ruth, on behalf of himself and all others similarly situated* |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND
Case No. 4:21-cv-00829-HSG

| | |
|---|---|
| Dated: March 10, 2021 | By: /s/ Kevin Grange |

    Kevin Grange (SBN 240065)
    **LOWENSTEIN SANDLER LLP**
    390 Lytton Avenue
    Palo Alto, CA 94301
    Telephone:   (650) 433-5800
    Facsimile:    (650) 328-2799
    Email:   kgrange@lowenstein.com

    Thomas E. Redburn, Jr. (*pro hac vice*)
    Maya Ginsburg (*pro hac vice*)
    1251 Avenue of the Americas
    New York, NY 10020
    Telephone:  (212) 262-6700
    Facsimile:    (973) 597-2457
    Email:   tredburn@lowenstein.com
    Email:   mginsburg@lowenstein.com

    Zarema Arutyunova Jaramillo (*pro hac vice*)
    2200 Pennsylvania Avenue, NW
    Washington, DC 20037
    Telephone:   (202) 753-3800
    Facsimile:    (202) 753-3838
    Email:   zjaramillo@lowenstein.com

    *Counsel for Melvin Capital Management LP*

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 4:21-cv-00829-HSG

| | |
|---|---|
| Dated: March 10, 2021 | By: */s/ Stephen A. Broome* |
| | Stephen A. Broome (Bar No. 314605) |
| | **Quinn Emanuel Urquhart & Sullivan, LLP** |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| | Email: stephenbroome@quinnemanuel.com |
| | |
| | Justin Reinheimer (Bar No. 268868) |
| | **Quinn Emanuel Urquhart & Sullivan, LLP** |
| | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| | Email: justinreinheimer@quinnemanuel.com |
| | |
| | William A. Burck |
| | **Quinn Emanuel Urquhart & Sullivan, LLP** |
| | 1300 I Street NW Suite 900 |
| | Washington, D.C. 20005 |
| | Telephone: (202) 538-8000 |
| | Facsimile: (202) 538-8100 |
| | Email: williamburck@quinnemanuel.com |
| | |
| | Steig D. Olson |
| | Christopher D. Kercher |
| | **Quinn Emanuel Urquhart & Sullivan, LLP** |
| | 51 Madison Avenue, 22nd Floor, |
| | New York, New York, 10010 |
| | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| | Email: steigolson@quinnemanuel.com |
| | Email: christopherkercher@quinnemanuel.com |
| | |
| | Adam L. Hoeflich |
| | Dawson Robinson |
| | **Bartlit Beck LLP** |
| | 54 W. Hubbard St., Ste. 300 |
| | Chicago, IL 60654 |
| | Tel: (312) 494-4400 |
| | Fax: (312) 494-4440 |
| | Email: adam.hoeflich@bartlitbeck.com |
| | Email: dawson.robinson@bartlitbeck.com |
| | |
| | Counsel for *Citadel Enterprise Americas, LLC* |

| | | |
|---|---|---|
| 1 | Dated: March 10, 2021 | By: /s/ Brian M. Lutz |
| 2 | | |
| 3 | | Brian M. Lutz (State Bar No. 255976)<br>**Gibson, Dunn & Crutcher LLP** |
| 4 | | 555 Mission Street. Suite 3000<br>San Francisco, CA 94105-0921 |
| 5 | | Telephone:   (415) 393-8379<br>Facsimile:    (415) 374.8474 |
| 6 | | Email:  BLutz@gibsondunn.com |
| 7 | | *Counsel for TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.* |
| 8 | | |
| 9 | Dated: March 10, 2021 | By:  /s/ Neal A. Potischman |
| 10 | | |
| 11 | | Neal A. Potischman (SBN 254862)<br>**Davis Polk & Wardwell LLP** |
| 12 | | 1600 El Camino Real<br>Menlo Park, California 94025 |
| 13 | | Telephone: (650) 752-2021<br>Facsimile: (650) 752-2111 |
| 14 | | neal.potischman@davispolk.com |
| 15 | | |
| 16 | | Brian S. Weinstein (*pro hac vice* application granted)<br>Gina Cora (*pro hac vice* application granted) |
| 17 | | Janet Jones-Duffey (*pro hac vice* application granted)<br>**Davis Polk & Wardwell LLP** |
| 18 | | 450 Lexington Avenue<br>New York, New York 10017 |
| 19 | | Telephone: (212) 450-4000<br>Facsimile: (212) 701-5972 |
| 20 | | brian.weinstein@davispolk.com |
| 21 | | gina.cora@davispolk.com<br>janet.jones-duffey@davispolk.com |
| 22 | | |
| 23 | | *Attorneys for Defendant E\*TRADE Financial Corporation* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: March 10, 2021 | By: /s/ Nisha Patel |

Nisha Patel (Cal. 260709)
**Dechert LLP**
Palo Alto, CA 94306
Telephone: (650) 853 4800
Facsimile: (650) 853 4848
Email: nisha.patel@dechert.com

Andrew J. Levander
Samuel W. Stelk
**Dechert LLP**
New York, NY 10036
Telephone: (212) 698 3500
Facsimile: (212) 698 3599
Email: andrew.levander@dechert.com
Email: samuel.stelk@dechert.com

Steven Bizar
**Dechert LLP**
Philadelphia, PA 19104
Telephone: (215) 994 4000
Facsimile: (215) 994 2222
Email: steven.bizar@dechert.com

Shari Ross Lahlou
**Dechert LLP**
Washington, D.C. 20006
Telephone: (202) 261 3300
Facsimile: (202) 261 3333
Email: shari.lahlou@dechert.com

*Counsel for Interactive Brokers LLC*

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 4:21-cv-00829-HSG

## ATTESTATION

I, C. Brandon Wisoff, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories.

Dated: March 10, 2021                FARELLA BRAUN + MARTEL LLP

By: /s/ C. Brandon Wisoff
    C. Brandon Wisoff

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*